Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 OCT 31 AM 11: 42

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| **Name of Offender:** | Robert B. Patteson | **Docket Number:** | 4:98CR3008 |
| **Sentencing Judge:** | The Honorable Richard G. Kopf<br>U.S. District Judge | | |
| **Date of Original Sentence:** | September 14, 2000 | | |
| **Original Offense:** | Conspiracy to Deliver Marijuana<br>21 U.S.C. 846 | | |
| **Original Sentence:** | 90 months custody; 5 years supervised release | | |
| **Type of Supervision:** | Supervised release | | |
| **Date Supervision Commences:** | May 19, 2006, to May 18, 2011 | | |

### PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

**The defendant shall participate as directed in a program of mental health treatment approved by the United States Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.**

PATTESON, Robert B.
Request for Modifying the Conditions
Page 2

## CAUSE

Mr. Patteson is currently being supervised by U.S. Probation Officer Julio Dominguez in the Middle District of Florida. USPO Dominguez was contacted by Mr. Patteson's drug counselor and advised that Mr. Patterson is in need of a psychiatric evaluation for possible depression. USPO Dominguez and Mr. Patteson discussed the issue and Mr. Patteson has agreed that he needs help and is willing to abide by the above noted modification.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

David E. Goering, Supervising
U.S. Probation Officer

## THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

The Honorable Richard G. Kopf
U.S. District Judge

10/31/06
Date

PROB 49
(3/90)

# United States District Court

District of Nebraska

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate as directed in a program of mental health treatment approved by the United States Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

Witness: _____
U.S. Probation Office

Signed: _____
Robert Patteson
Supervised Releasee

_____
Date 8/29/06