IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT B. PATTESON, | ) | |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that the Clerk of the Court shall unseal the petition for offender under supervision (filing 73).

  June 26, 2007.      BY THE COURT:

               s/ *Richard G. Kopf*
               United States District Judge