IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>           Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ROBERT B. PATTESON,   )<br>  )<br>           Defendant.   ) | Case No. 4:98CR3008<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 82. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released as arranged by the defendant's attorney and the U.S. Marshals on September 19, 2007, to a member of the Federal Public Defender's office, to participate in treatment at the Williams Prepared Place.

IT IS FURTHER ORDERED that the defendant shall follow all conditions of supervised release previously imposed, including but not limited to, successfully completing long-term treatment at the Williams Prepared Place. The defendant shall immediately report to the nearest United States Marshal's office upon being unsuccessfully discharged from the Williams Prepared Place.

DATED this 18th day of September, 2007.

BY THE COURT:

S/ *Richard G. Kopf*
United States District Judge