IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:98CR3008 |
| ) | |
| ROBERT B. PATTESON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 85, now set for December 5, 2007, at 1:00 p.m., until a date certain in approximately 90 days. Being fully advised in the premises, and noting that the Government has no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 18th day of March, 2008, at 12:00 noon. The defendant is ordered to appear at such time.

December 4, 2007.                                   BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge