IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:98CR3008 |
| ROBERT B. PATTESON, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 87, now set for March 18, at 12:00 p.m., until a date certain in approximately mid-September. Being fully advised in the premises, and noting that the Government and the U.S. Probation Office have no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 16th day of September, 2008, at 12:00 noon. The defendant is ordered to appear at such time.

March 14, 2008.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge